**In re Harold F. THOMPSON, Jr., and Donna M. Thompson, Debtors.**

**Bankruptcy No. 80–00437.**

United States Bankruptcy Court,
D. Nevada.

June 26, 1981.

Janet L. Chubb, Sparks, Nev., for debtor.

### ORDER RE DEBTORS FILING CLAIM ON BEHALF OF IRS AS LATE CLAIM

BERT M. GOLDWATER, Bankruptcy Judge.

Debtors have applied to file a claim on behalf of the Internal Revenue Service against their estate in bankruptcy. The ground of the application is that the Service failed to file a timely claim although it had notice of the filing of the petition.

*11 U.S.C. 501(c)* permits a debtor to file a proof of claim where the creditor does not timely file.

A claim must be filed within six months after the first date set for the first meeting of creditors in order to be timely. *Bankruptcy Rules, Rule 302(e).* However, where a priority tax claimant does not file before the first date set for the first meeting of creditors, the debtor may file in the name of the priority claimant. *Bankruptcy Rules, Rule 303.* Under this procedure, the debtor also has six months after the first date set for the first meeting of creditors to file a timely claim. *See* 3 *Collier on Bankruptcy* 501–48 (15th ed.).

A priority claim if timely filed under Section *501(c)* is paid pursuant to *11 U.S.C. § 726(a)(1).* A nonpriority claim if *timely* filed under *501(c)* is paid pursuant to *11 U.S.C. § 726(a)(2)(B).* There is no provision for payment of any tardily filed priority or nonpriority claim filed under Section *501(c).* Only an allowed unsecured claim filed late under *11 U.S.C. § 501(a)* may be paid. If the creditor had no knowledge of the case in time for filing a proof of claim *and* the late filing is in time to permit payment, it is paid under *11 U.S.C. § 726(a)(2)(C)(i), (ii).* In the event the general unsecured creditor had knowledge of the bankruptcy, payment is made under *11 U.S.C. § 726(a)(3).*

To obtain payment of a priority claim it must be timely filed by the claimant or the debtor or trustee, except if the claimant is the United States, a state or subdivision thereof, application may be made by the latter entities for an extension of time to file. The application must be made for cause and *before* the expiration of the claims date bar. *Bankruptcy Rules, Rule 302(e)(1).*

Debtors' application to file a claim against their estate on behalf of the Internal Revenue Service is denied. The claim would not be allowed because it would be too late for payment under *11 U.S.C. § 726.*